NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WEBBER DOUGLAS GILMER,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2026-1465

---

Appeal from the United States Court of Federal Claims in No. 1:25-cv-00155-KCD, Judge Kathryn C. Davis.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of this court's May 15, 2026 order directing Webber Douglas Gilmer to submit the filing fee and Mr. Gilmer's failure to do so,

IT IS ORDERED THAT:

2                                                            GILMER v. US

     This appeal is dismissed pursuant to the court's May 15, 2026 order.

FOR THE COURT

June 24, 2026
Date

Jarrett B. Perlow
Clerk of Court